721 A.2d 1095

**HERAEUS ELECTRO NITE CO., Appellant,**

v.

**WORKMEN'S COMPENSATION APPEAL BOARD (ULRICH), Appellee.**

Supreme Court of Pennsylvania.

Argued Oct. 20, 1998.

Decided Jan. 19, 1999.

Timothy F. Coffey and Nancy J. Pease, Philadelphia, for Heraeus Electro Nite Co.

David Hawkins, Secretary, W.C.A.B., Anne Marie Ansa, Philadelphia, Dolores Ulrich, Joseph A. Prim, for W.C.A.B.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM:

**AND NOW**, this 19th day of January 1999, the appeal is dismissed as having been improvidently granted.

Justice CASTILLE dissents.